App. Div.]        First Department, October, 1914.

The People of the State of New York v. Thomas Orifice.— Motion granted.  Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

The People of the State of New York v. Barney Cipollaro.— Motion granted.  Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

The People of the State of New York v. Tony Jordan.— Motion granted. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

The People of the State of New York v. John Griggs.— Motion granted. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

In the Matter of Alexander Miller, Deceased.— Motion granted, with ten dollars costs.  Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Ohio C. Barber v. Frank M. Post.— Motion granted, with ten dollars costs.  Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

In the Matter of Louis Greenberg.— Motion granted, with ten dollars costs.  Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

James C. Bushby v. Lancelot M. Berkeley and Another.— Motion denied, with leave to renew as stated in order.  Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

James C. Bushby v. Lancelot M. Berkeley and Another.— Motion denied, without costs.  Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

James C. Bushby v. Lancelot M. Berkeley and Another.— Motion denied, without costs.  Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Isaac Seiler v. Julius Klugman.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Frances M. Cavanaugh v. Josephine A. Murphy and Others.— Motion granted, unless appellant complies with terms stated in order.  Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Abram Lazinsk v. The City of New York.— Motion granted.  Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

First Commercial Bank of Pontiac v. Moses M. Valentine and Another. — Motion granted; questions certified.  Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Altoria Realty Company v. Peter De Lacey.— Motion denied, with ten dollars costs.  Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

James S. Herman v. Francis L. Leland.— Motion denied, with ten dollars costs.  Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

In the Matter of Mary Forrester, Deceased.— Motion granted unless appellants comply with terms stated in order.  Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

In the Matter of Frederick Forrester, Deceased.— Motion granted unless